IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of Eric McCrane    :
    :
From the Decision of the Board    :    No. 1749 C.D. 2016
of License and Inspection Review    :
    :
Appeal of: The City of Philadelphia    :

## **O R D E R**

NOW, February 2, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge